*In re* **Kuhn**, Carl Wehling (MR 18176)
Glen Ellyn, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and

Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Carl Wehling Kuhn is suspended from the practice of law for 60 days.

Respondent Carl Wehling Kuhn shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.